```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                 MAR 28 2025

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                    DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 23-0343-AB |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| Toniquewa Ballard, ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District/Calif</u> for alleged violation(s) of the terms and conditions of his/(her) [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>apparent ongoing substance abuse, no suitable</u>

1  bail resources, traveled outside district w/o permission,
2  absconder status
3
4       and/or
5  B.   (✓) The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: allegations relating to new arrest, ongoing substance
10      abuse, prior revocation
11
12
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  3/28/25                    _____
                                     JEAN ROSENBLUTH
18                                   U.S. MAGISTRATE JUDGE

2